NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with

Fed. R. App. P. 32.1

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

Submitted August 29, 2008
Decided October 6, 2008

## Before

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

**No.** 06-2887

TWAN STEPHENSON,
    *Petitioner-Appellant*,

       **v.**

UNITED STATES OF AMERICA,
    *Respondent-Appellee*.

On Remand from the
Supreme Court of the United
States.

## Order

The judgment is affirmed. See *Nunez v. United States*, No. 06-1014 (7th Cir. Oct. 6, 2008).